792 A.2d 596

In the Matter of John W. DICKERSON.

Petition for Reinstatement.

No. 548, Disciplinary Docket No. 2.

Supreme Court of Pennsylvania.

March 11, 2002.

## ORDER

PER CURIAM.

AND NOW, this **11th** day of **March,** 2002, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated January 18, 2002, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.